ROCK–TENN COMPANY,
Plaintiff–Appellant,

v.

CRYOVAC, INC., Defendant–Appellee,

and

C & M Fine Pack, Inc., Defendant–Appellee,

and

Anchor Packaging, Inc., Defendant–Appellee.

Nos. 2005–1379 to 2005–1381.

United States Court of Appeals,
Federal Circuit.

July 17, 2006.

ON MOTION

*ORDER*

Upon consideration of Rock–Tenn Company's unopposed motion to voluntarily dismiss its appeals, from the United States District Court for the Northern District of Georgia in case nos. 02–02437, 02–02438 and 02–03080,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.